KOʻOLAULOA DIVISION (CIVIL NO. 1RC14-1-5800)

SUMMARY DISPOSITION ORDER

Vacate. Remanded.

■

394 P.3d 790

**Jake SAN, Plaintiff-Appellee,**

v.

**Michael S. YELLEN, Defendant-Appellant**

**NO. CAAP-15-0000038**

Intermediate Court of Appeals of Hawaiʻi.

May 17, 2017

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT (CASE NO. 3RC 13-1-922)

SUMMARY DISPOSITION ORDER

Affirmed.

■

394 P.3d 790

**US BANK NATIONAL ASSOCIATION, as trustee for Credit Suisse First Boston 2006-1 aka US Bank National Association, as trustee for Credit Suisse First Boston Mortgage Acceptance Corp. Mortgage Pass-Through Certificates, Series 2006-1, Plaintiff-Appellee,**

v.

**Scott E. ARGUS, Defendant-Appellant, and Mortgage Electronic Registration Systems, Inc., Solely as Nominee for Hawaii Homeloans, Inc.; Department of Taxation, State of Hawaii; Lilly H. Au; Man Kwong Au aka Manny Au; Defendants-Appellees, and Does 1 Through 20, inclusive, Defendants**

**NO. CAAP-16-0000504**

Intermediate Court of Appeals of Hawaiʻi.

May 17, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 12-1-0840-03 (BIA))

SUMMARY DISPOSITION ORDER

Vacated. Remanded.

■

394 P.3d 790

**DEUTSCHE BANK NATIONAL TRUST, as trustee for Wamu Series 2007-HE1 Trust, Plaintiff-Appellee,**

v.

**Dennis MCRAE, Defendant-Appellant**

**NO. CAAP-16-0000714**

Intermediate Court of Appeals of Hawaiʻi.

May 17, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CIVIL NO. 11-1-0307)